Judgment rendered March 26, 2025.

No. 56,296-KA

COURT OF APPEAL
SECOND CIRCUIT
STATE OF LOUISIANA

* * * * *

STATE OF LOUISIANA                          Appellee

versus

CHARLES RAY LAMPLEY                          Appellant

* * * * *

Appealed from the
Fourth Judicial District Court for the
Parish of Ouachita, Louisiana
Trial Court No. 2019-CR-5995

Honorable Frederick D. Jones, Judge

* * * * *

LOUISIANA APPELLATE PROJECT            Counsel for Appellant
By: Douglas Lee Harville

ROBERT S. TEW                          Counsel for Appellee
District Attorney

SHIRLEY M. WILSON-DAVIS
BARBARA ANN HOLLADAY-COLDIRON
Assistant District Attorneys

* * * * *

Before PITMAN, COX, and ELLENDER, JJ.

NOT DESIGNATED FOR PUBLICATION
Rule 2-16.3, Uniform Rules, Courts of Appeal

**PER CURIAM.**

This appeal arises from the defendant's convictions and sentences for second degree murder and possession of a firearm or carrying of a concealed weapon by a person convicted of domestic abuse battery. Appellate defense counsel has filed a "Motion to Vacate and to Set Aside Sentences and to Remand."

A review of the appellate record reveals that the trial court failed to rule on the defendant's pro se motion for post-verdict judgment of acquittal, pro se motion in arrest in judgment, and pro se motion for new trial before sentencing the defendant, in accordance with La. C. Cr. P. arts. 821, 853, and 861. The trial court also failed to rule on the defendant's pro se motion for mistrial.

Accordingly, the motion is granted, the defendant's sentences are hereby vacated, the appeal is dismissed, and the matter is remanded to the trial court for further proceedings. The defendant may appeal any adverse rulings, or any sentences subsequently imposed. *State v. Jackson*, 614 So. 2d 783 (La. App. 2 Cir. 1993); *State v. Whitaker*, 51,632 (La. App. 2 Cir. 5/25/17), 225 So. 3d 524.